UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Ciara Stafford

*Plaintiff*

v.

Fiserv Solutions LLC, et al.

*Defendant*

Civil Action No. _____

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  Clover Network, LLC , is a non-governmental corporation and that:

[X] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Clover Network, LLC's direct parent company is First Data Merchant Services LLC.

First Data Merchant Services LLC is indirectly wholly owned by Fiserv, Inc., which

is a publicly held corporation.

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Erik P. Pramschufer

Signature of Attorney

1270 Ave. of the Americas, Suite 2800

Address

New York, NY 10020

City/State/Zip

10/23/2024

Date

DNJ-CMECF-005 (12/1/2022)