## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CIARA STAFFORD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FISERV SOLUTIONS LLC AND CLOVER NETWORKS, INC.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-10009-MEF-JRA<br><br>CIVIL ACTION<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ciarra Stafford ("Plaintiff") and Defendants Fiserv Solutions LLC and Clover Networks, Inc. ("Defendants") hereby stipulate that **Count Two (Battery)** and **Count Four (Constructive Discharge)** of Plaintiff's Complaint are to be dismissed without prejudice, with the parties to bear their own costs and attorney's fees. This dismissal shall be effective upon filing of this joint stipulation.

| | |
|---|---|
| **LAW OFFICES OF USMAAN SLEEMI LLC**<br>66 Route 17 North, Suite 500<br>Paramus, NJ  07652<br>*Attorneys for Plaintiff* | **SAUL EWING LLP**<br>1270 Avenue of the Americas, Suite 2800<br>New York, NY  10020<br>*Attorneys for Defendants* |
| *s/ Usmaan Sleemi*<br>Usmaan Sleemi, Esq.<br>Dated:  January 6, 2025 | *s/ Erik P. Pramschufer*<br>Erik P. Pramschufer, Esq.<br>Dated:  January 6, 2025 |