UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CIARA STAFFORD,<br><br>                Plaintiff,<br><br>v.<br><br>FISERV SOLUTIONS LLC AND CLOVER NETWORKS, INC.,<br><br>                Defendants. | Case No. 2:24-cv-10009-MEF-JRA<br><br>CIVIL ACTION<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ciarra Stafford ("Plaintiff") and Defendants Fiserv Solutions LLC and Clover Networks, Inc. ("Defendants") hereby stipulate that **Count Two (Battery)** and **Count Four (Constructive Discharge)** of Plaintiff's Complaint are to be dismissed without prejudice, with the parties to bear their own costs and attorney's fees.  This dismissal shall be effective upon filing of this joint stipulation.

| | |
|---|---|
| **LAW OFFICES OF USMAAN SLEEMI LLC**<br>66 Route 17 North, Suite 500<br>Paramus, NJ  07652<br>*Attorneys for Plaintiff* | **SAUL EWING LLP**<br>1270 Avenue of the Americas, Suite 2800<br>New York, NY  10020<br>*Attorneys for Defendants* |
| *s/ Usmaan Sleemi*<br>Usmaan Sleemi, Esq.<br>Dated:  January 6, 2025 | *s/ Erik P. Pramschufer*<br>Erik P. Pramschufer, Esq.<br>Dated:  January 6, 2025 |

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:  1/10/2025